**Order filed June 2, 2016**



In The

# 𝕱ourteenth 𝕮ourt of 𝕬ppeals

_____

## NO. 14-15-01007-CV
_____

### GEORGE MOLL AND ELLEN DIANA MOLL, Appellant

### V.

### THE TEXAS DEPARTMENT OF MOTOR VEHICLES, Appellee

**On Appeal from County Civil Court at Law No. 4
Harris County, Texas
Trial Court Cause No. 1062929**

## O R D E R

Appellant's brief was due May 23, 2016**.** No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **July 1, 2016**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM